IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**IKECHUKWU HYGINIUS OKORIE**                                                              **PLAINTIFF**

v.                                                                      CIVIL ACTION NO. 2:25-cv-21-TBM-RPM

**TARAH CHATHAM; LEGACY FAMILY**
**CARE CLINIC, LLC**                                                                       **DEFENDANTS**

## ORDER

This matter comes before the Court on the Defendants' Motion to Dismiss [41]. Pursuant to Plaintiff's Second Amended Complaint [61] filed on December 17, 2025, the Court finds that the Defendants' Motion to Dismiss [41] is MOOT.

Plaintiff's Second Amended Complaint [61] renders the original Complaint [1] of no legal effect because the Second Amended Complaint [61] does not refer to, adopt, or incorporate by reference the original Complaint [1]. *See King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994) (finding that an amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading). Therefore, the pending Motion to Dismiss [41] is moot. *See New Orleans Association of Cemetery Tour Guides and Companies v. New Orleans Archdiocesan Cemeteries*, 56 F.4th 1026, 1034 (5th Cir. 2023) ("Because the first amended complaint is nullified, we cannot consider—and thus must dismiss—an appeal . . . stemming from said complaint.").

IT IS THEREFORE ORDERED AND ADJUDGED that the Defendants' Motion to Dismiss [41] is MOOT.

This, the 19th day of December, 2025.

                                                              TAYLOR B. McNEEL
                                                           UNITED STATES DISTRICT JUDGE