IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**IKECHUKWU HYGINIUS OKORIE**                                                    **PLAINTIFF**

v.                                                                            CIVIL ACTION NO. 2:25-cv-21-TBM-RPM

**TARAH CHATHAM; LEGACY FAMILY
CARE CLINIC, LLC**                                                               **DEFENDANTS**

## ORDER

This matter came before the Court on Dr. Okorie's Motion to Dismiss Counterclaim [37] and Tarah Chatham and Legacy Family Care Clinic, LLC's Motion to Dismiss for Judicial Estoppel [64]. At the hearing conducted on February 24, 2026, the Court considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority.

Then, the Court announced on the record its detailed findings and conclusions. To be clear, all legal analysis and authority was announced from the bench and is contained in the hearing transcript.

For all of the reasons contained in the hearing transcript:

IT IS ORDERED that Dr. Okorie's Motion to Dismiss Counterclaim [37] is DENIED WITHOUT PREJUDICE AS MOOT.[1]

IT IS FURTHER ORDERED that Tarah Chatham and Legacy Family Care Clinic, LLC's Motion to Dismiss for Judicial Estoppel [64] is DENIED.

This, the 24th day of February, 2026.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE

---

[1] The parties agree that in light of the Second Amended Complaint [61], Dr. Okorie's Motion to Dismiss Counterclaim [37] is moot.